1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOSEPH AFTAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:15-mj-00115-MJS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AND FOR CONTINUANCE OF INITIAL APPEARANCE; ORDER |
| vs. | ) ) | |
| JOSEPH AFTAB, | ) ) | Date:  February 2, 2016 Time: 10:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Joseph Aftab, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear via video conference.  Mr. Aftab agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

Mr. Aftab is charged with: (1) obtaining or exercising unlawful possession over property of another with the purpose to deprive the owner of the property; (2) destroying, injuring, defacing, or damaging property or real property; (3) possessing a controlled substance

(psilocybin hallucinogenic mushroom seeds/spores); (4) possessing a controlled substance (marijuana); and (5) operating a motor vehicle at a speed in excess of the speed limit.  Mr. Aftab anticipates entering a guilty plea at his initial appearance pursuant to a plea agreement with the government.  The government has already provided a written plea agreement, which Mr. Aftab has signed.  This is Mr. Aftab's first request for a waiver of appearance.

Mr. Aftab lives in Westport, Connecticut.  He is currently unemployed and lives with his parents.  Given that he has no income, it would be a serious financial hardship for him to return to Yosemite.

Accordingly, Mr. Aftab respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the federal courthouse in Bridgeport, Connecticut.

The parties further request that the Court continue the initial appearance to February 2, 2016, so that defense counsel can make the appropriate arrangements with the courthouse in Bridgeport.

Respectfully submitted,

Date: January 19, 2016            */s/ Matthew McNease*
                                  MATTHEW MCNEASE
                                  Yosemite Legal Officer
                                  Counsel for the Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: January 19, 2016            */s/ Erin Snider*
                                  ERIN SNIDER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSEPH AFTAB

/ / /

/ / /

/ / /

/ / /

Aftab/Request for Rule 43 Waiver of Appearance
and Continuance

**O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in Case No. 6:15-mj-00115-MJS, is hereby accepted and adopted as the order of this Court. The Court further grants the parties' request to continue the initial appearance to February 2, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 23, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Aftab/Request for Rule 43 Waiver of Appearance
and Continuance