AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JOSEPH AFTAB** | Case Number: **6:15MJ0115-001** |
| | Defendant's Attorney: Erin Snider, Appointed |

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s)  __Four *** Court did not accept guilty plea***__  of the Complaint.

[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ]  was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).

[✔]  Count (s) __One, Two, Three and Five__ are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.                    [✔]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| |
|---|
| **2/2/2016** |
| Date of Imposition of Judgment |
| /s/ Michael J. Seng |
| Signature of Judicial Officer |
| **Michael J. Seng**, United States Magistrate Judge |
| Name & Title of Judicial Officer |
| 2/4/2016 |
| Date |

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**JOSEPH AFTAB**
CASE NUMBER:**6:15MJ0115-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
Unsupervised Probation for Twelve Months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

# CONDITIONS OF PROBATION

1.  The Defendant is ordered to obey all federal, state, and local laws.

2.  The Defendant shall pay a fine of $ 490.00 and a special assessment of $10.00 for a total financial obligation of $500.00, which shall be due immediately/paid in full within 10 months. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

3.  The Defendant is ordered to personally appear for a Probation Review Hearing on January 10, 2017 at 10:00 am before U.S. Magistrate Judge Seng.

4.  The Defendant shall complete 50 hours of community service. The Defendant shall perform and complete the community service hours within 11 months.

5.  The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6.  Other: If conditions of probation are met, Possession of Controlled Substance charge will be dismissed at conclusion of probation.