```
HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSEPH AFTAB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH AFTAB,<br><br>　　　　　Defendant. | Case No. 6:15-mj-00115-MJS<br><br>MOTION TO DISMISS COUNT 4; ORDER |

Defendant Joseph Aftab hereby files this motion to dismiss Count 4 pursuant to 18 U.S.C. § 3607(a). The government does not oppose this request.

On February 2, 2016, Mr. Aftab pled guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Aftab a deferred entry of judgment under 18 U.S.C. § 3607(a). On December 19, 2016, the Court vacated Mr. Aftab's review hearing, as Mr. Aftab fully complied with the terms of his probation. Mr. Aftab's probation expired on February 1, 2017.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Aftab's term of probation has now expired and he did not violate any condition of his probation. Accordingly, Mr. Aftab requests that the Court, without enter a

judgment of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 3, 2017         */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOSEPH AFTAB

# **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 4 of the Criminal Complaint in *United States v. Joseph Aftab*, Case No. 6:15-mj-00115-MJS.

IT IS SO ORDERED.

Dated: __April 4, 2017__          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE